Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

THE ESTATE OF RILEY SPICER, by and through its successor-in-interest, DEBORAH E. SPICER; DEBORAH E. SPICER

PLAINTIFFS,

v.

CITY OF LOS ANGELES, a municipal entity; and DOES 1 to 35, in their individual capacities,

DEFENDANTS.

Case No.

**DECLARATION OF DEBORAH E. SPICER AS SUCCESSOR IN INTEREST**

# DECLARATION OF DEBORAH E. SPICER

I, Deborah E. Spicer, declare as follows:

1. I am over the age of 18 and reside in Orange County, California. I make the following declaration based on my personal knowledge. If called upon to testify as a witness, I could and would competently testify thereto.

2. I am the mother of Riley Matthew Spicer, the decedent in this action.

3. Riley died in the city and county of Los Angeles on August 18, 2025. He was 33 years old. Attached as Exhibit A is a certified copy of Riley's death certificate.

4. At the time of his death, Riley was not married and he had no children. He left behind a will that named me as the executor and sole beneficiary.

5. No proceeding is pending in California for administration of Riley's estate. No probate proceeding is pending in any other state or country for administration of Riley's estate.

6. Because at the time of his death, Riley was not married and had no children, I am Riley's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding.

7. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 29, 2025, in Huntington Beach, California.

DEBORAH E. SPICER

# Exhibit A

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES

## DEPARTMENT OF PUBLIC HEALTH

3052025184271 — STATE FILE NUMBER

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

3202519040245 — LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT–FIRST (Given): RILEY
2. MIDDLE: MATTHEW
3. LAST (Family): SPICER
AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST):
4. DATE OF BIRTH mm/dd/ccyy: [redacted]992
5. AGE Yrs.: 33
IF UNDER ONE YEAR: Months / Days — IF UNDER 24 HOURS: Hours / Minutes
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: AZ
10. SOCIAL SECURITY NUMBER: [redacted]509
11. EVER IN U.S. ARMED FORCES? ☐ YES ☒ NO ☐ UNK
12. MARITAL STATUS/SRDP* (at Time of Death): NEVER MARRIED
7. DATE OF DEATH mm/dd/ccyy: 08/18/2025
8. HOUR (24 Hours): 0613
13. EDUCATION – Highest Level/Degree (see worksheet on back): SOME COLLEGE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) ☐ YES ☒ NO
16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back): WHITE
17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: PATIENT FACILITATOR
18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.): HEALTHCARE
19. YEARS IN OCCUPATION: 5

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location): [redacted]
21. CITY: LOS ANGELES
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 90028
24. YEARS IN COUNTY: 12
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: DEBORAH SPICER, MOTHER
27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip): [redacted] HUNTINGTON BEACH, CA 92648

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP*–FIRST: -
29. MIDDLE:
30. LAST (BIRTH NAME): -
31. NAME OF PARENT–FIRST: UNKNOWN
32. MIDDLE: -
33. LAST (BIRTH NAME): UNKNOWN
34. BIRTH STATE: UNK
35. NAME OF PARENT–FIRST: DEBORAH
36. MIDDLE: -
37. LAST (BIRTH NAME): SMITH
38. BIRTH STATE: TX

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE mm/dd/ccyy: 08/31/2025
40. PLACE OF FINAL DISPOSITION: MOUNT SINAI MEMORIAL PARK, 5950 FOREST LAWN DRIVE, LOS ANGELES, CA 90068
41. TYPE OF DISPOSITION(S): BURIAL
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: MOUNT SINAI MORTUARY
45. LICENSE NUMBER: FD1010
46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS MD
47. DATE mm/dd/ccyy: 08/27/2025

**PLACE OF DEATH**

101. PLACE OF DEATH: CEDARS-SINAI MEDICAL CENTER
102. IF HOSPITAL, SPECIFY ONE: ☐ IP ☒ ER/OP ☐ DOA
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☐ Other
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location): 8700 BEVERLY BOULEVARD
106. CITY: LOS ANGELES

**CAUSE OF DEATH**

107. CAUSE OF DEATH — Enter the chain of events -- diseases, injuries, or complications -- that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.
IMMEDIATE CAUSE (Final disease or condition resulting in death) (A): DEFERRED — Time Interval Between Onset and Death (AT): -
Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
(B): — (BT):
(C): — (CT):
(D): — (DT):
108. DEATH REPORTED TO CORONER? ☒ YES ☐ NO — REFERRAL NUMBER: 2025-13178
109. BIOPSY PERFORMED? ☐ YES ☒ NO
110. AUTOPSY PERFORMED? ☒ YES ☐ NO
111. USED IN DETERMINING CAUSE? ☒ YES ☐ NO
112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: NONE
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.): NO
113A. DECEDENT PREGNANT IN LAST YEAR? ☐ YES ☒ NO ☐ UNK

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy — Decedent Last Seen Alive (B) mm/dd/ccyy
115. SIGNATURE AND TITLE OF CERTIFIER:
116. LICENSE NUMBER:
117. DATE mm/dd/ccyy:
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH ☐ Natural ☐ Accident ☐ Homicide ☐ Suicide ☒ Pending Investigation ☐ Could not be determined
120. INJURED AT WORK? ☐ YES ☐ NO ☐ UNK
121. INJURY DATE mm/dd/ccyy:
122. HOUR (24 Hours):
123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.):
124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury):
125. LOCATION OF INJURY (Street and number, or location, and city, and zip):
126. SIGNATURE OF CORONER / DEPUTY CORONER: REGINA AUGUSTINE
127. DATE mm/dd/ccyy: 08/25/2025
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: REGINA AUGUSTINE, DEP CORONER

STATE REGISTRAR: A | B | C | D | E — FAX AUTH.# — CENSUS TRACT

CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*00484320 1*

Health Officer and Registrar — MD

DATE ISSUED: SEP -2 2025

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE