Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

THE ESTATE OF RILEY SPICER, by and through its successor-in-interest, DEBORAH E. SPICER; DEBORAH E. SPICER

PLAINTIFFS,

v.

CITY OF LOS ANGELES, a municipal entity; and DOES 1 to 35, in their individual capacities,

DEFENDANTS.

Case No. 8:25-cv-02887-JVS (ADSx)

**STIPULATION AND PROPOSED ORDER CONTINUING DEADLINE TO AMEND PLEADINGS AND ADD PARTIES**

To the Honorable Court, all parties, and their attorneys of record:

WHEREAS, Plaintiffs filed this action on December 31, 2025, naming as defendants the City of Los Angeles and thirty-five unidentified Does;

WHEREAS, following discovery requests, the City produced 37 video recordings of the incident, as well as related documents and audio recordings, on about April 23, 2026;

WHEREAS, the Medical Examiner did not release cause of death on about July 9, 2026, nearly eleven months after the death of Mr. Spicer's death;

WHEREAS Plaintiffs have been diligently evaluating the factual information in the case, including through consulting experts, and anticipate the need to amend the complaint to name Doe defendants for the existing current claims, as well as to drop certain claims, but not to add any new claims or parties other than Does;

WHEREAS, the Parties are in discussions regarding the scope of amendments, as well as discussion regarding resolution of the case, but need additional time before the deadline to amend the complaint to avoid unnecessary litigation;

WHEREAS, the Parties have not previously sought modification of the scheduling orders in this case, other a joint request to clarify the date to amend pleadings that the parties originally sought (Dkt. Nos. 20, 21);

WHEREAS an extension of deadline to amend the pleadings will require delaying other pretrial dates in this case;

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

The Parties therefore jointly STIPULATE, and respectfully request the Court to order, that the "Last day to amend pleadings or add parties" be continued from September 25, 2026 (Dkt. Nos 18, 21), to October 23, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 24, 2026 LAW OFFICE OF PETER BIBRING

By: *\s\ Peter Bibring*
Peter Bibring
*Attorneys for Plaintiffs*

Dated: September 24, 2026 HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney

By: *\s\ Jeremy Warren*
JEREMY WARREN, Deputy City Attorney
*Attorneys for Defendant*, CITY OF LOS ANGELES, et al.

**Attestation of Electronic Signature**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 24, 2026 LAW OFFICE OF PETER BIBRING

By: *\s\ Peter Bibring*
PETER BIBRING

*Attorney for Plaintiffs*