Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

THE ESTATE OF RILEY SPICER, by and through its successor-in-interest, DEBORAH E. SPICER; DEBORAH E. SPICER

PLAINTIFFS,

v.

CITY OF LOS ANGELES, a municipal entity; and DOES 1 to 35, in their individual capacities,

DEFENDANTS.

Case No. 8:25-cv-02887-JVS (ADSx)

**[Proposed] ORDER CONTINUING DEADLINE TO AMEND PLEADINGS AND ADD PARTIES**

Pursuant to the stipulation of the parties, and good cause appearing:

The "Last day to amend pleadings or add parties" currently set for September 25, 2026 (Dkt. Nos. 18, 21), is extended to October 23, 2026.

IT IS SO ORDERED.

DATED: September ___, 2026

______________________________

**Hon. James V. Selna**
United States District Judge