**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

THE ESTATE OF RILEY SPICER, by and through its successor-in-interest, DEBORAH E. SPICER; DEBORAH E. SPICER

PLAINTIFFS,

v.

CITY OF LOS ANGELES, a municipal entity; and DOES 1 to 35, in their individual capacities,

DEFENDANTS.

Case No. 8:25-cv-02887-JVS (ADSx)

**ORDER CONTINUING DEADLINE TO AMEND PLEADINGS AND ADD PARTIES**
**[23]**

Pursuant to the stipulation of the parties, and good cause appearing:

The "Last day to amend pleadings or add parties" currently set for September 25, 2026 (Dkt. Nos. 18, 21), is extended to October 23, 2026.

IT IS SO ORDERED.

DATED: September 25, 2026

Hon. James V. Selna
United States District Judge