Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

THE ESTATE OF RILEY SPICER, by and through its successor-in-interest, DEBORAH E. SPICER; DEBORAH E. SPICER

PLAINTIFFS,

v.

CITY OF LOS ANGELES, a municipal entity; and DOES 1 to 35, in their individual capacities,

DEFENDANTS.

Case No. 8:25-cv-02887-JVS (ADSx)

**STIPULATION AND PROPOSED ORDER CONTINUING DEADLINE TO AMEND PLEADINGS AND ADD PARTIES**

To the Honorable Court, all parties, and their attorneys of record:

WHEREAS, Plaintiffs filed this action on December 31, 2025, naming as defendants the City of Los Angeles and thirty-five unidentified Does;

WHEREAS Plaintiffs have been diligently evaluating the factual information in the case (including 37 video recordings, related documents and audio recordings, and the Medical Examiner's report on that was released on July 9, 2026), including through consulting experts, and anticipate the need to amend the complaint to name Doe defendants for the existing current claims, as well as to drop certain claims, but not to add any new claims or parties other than Does;

WHEREAS, the Parties are in discussions regarding the scope of amendments, as well as discussion regarding resolution of the case,

WHEREAS, the Parties have set a mediation with the court-appointed mediator for November 5, 2026, and would like to hold the mediation before spending additional time and resources on motion practice over amendment of the pleadings;

WHEREAS, the Parties previously requested to clarify the date to amend pleadings that the parties originally sought (Dkt. Nos. 20, 21), and sought a 28-day extension of the time to amend pleadings;

WHEREAS an extension of deadline to amend the pleadings will not require delaying other pretrial dates in this case;

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

The Parties therefore jointly STIPULATE, and respectfully request the Court to order, that the "Last day to amend pleadings or add parties" be continued from October 23, 2026 (Dkt. Nos. 18, 21, 24), to November 23, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 13, 2026

LAW OFFICE OF PETER BIBRING

By: */s/ Peter Bibring*
Peter Bibring
*Attorneys for Plaintiffs*

Dated: October 13, 2026

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney

By: */s/ Jeremy Warren*
JEREMY WARREN, Deputy City Attorney

*Attorneys for Defendant*, CITY OF LOS ANGELES, et al.

**Attestation of Electronic Signature**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.p

Dated: October 13, 2026

LAW OFFICE OF PETER BIBRING

By: */s/ Peter Bibring*
PETER BIBRING

*Attorney for Plaintiffs*