**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

THE ESTATE OF RILEY SPICER, by and through its successor-in-interest, DEBORAH E. SPICER; DEBORAH E. SPICER

PLAINTIFFS,

v.

CITY OF LOS ANGELES, a municipal entity; and DOES 1 to 35, in their individual capacities,

DEFENDANTS.

Case No. 8:25-cv-02887-JVS (ADSx)

**ORDER CONTINUING DEADLINE TO AMEND PLEADINGS AND ADD PARTIES [25]**

Pursuant to the stipulation of the parties, and good cause appearing:

The "Last day to amend pleadings or add parties" currently set for October 23, 2026 (Dkt. Nos. 18, 21, 24), is extended to November 23, 2026.

IT IS SO ORDERED.

DATED: October 14, 2026

James V Selna

**Hon. James V. Selna**
United States District Judge