Peter Bibring, SBN 223981
peter@bibringlaw.com
LAW OFFICE OF PETER BIBRING
2210 W. Sunset Blvd. #203
Los Angeles, CA 90026
(213) 471-2022

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

THE ESTATE OF RILEY SPICER, by and through its successor-in-interest, DEBORAH E. SPICER; DEBORAH E. SPICER

PLAINTIFFS,

v.

CITY OF LOS ANGELES, a municipal entity; and DOES 1 to 35, in their individual capacities,

DEFENDANTS.

Case No. 8:25-cv-02887-JVS (ADSx)

**NOTICE OF SETTLEMENT**

Pursuant to Central District Local Rule 40-2, Plaintiffs notify the Court that the parties reached a settlement of this matter at the mediation held with Panel Mediator Kim S. Zeldin on November 5, 2026. The parties respectfully request that the Court vacate all pending deadlines and dates and set a status conference on settlement disposition on or after February 19, 2027, to allow the parties sufficient time to obtain approval of the settlement and implement its terms.

Dated: November 13, 2026 LAW OFFICE OF PETER BIBRING

By: */s/ Peter Bibring*
PETER BIBRING

*Attorney for Plaintiffs*